UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAI A. GOULSBY,

                Plaintiff,

v.

CAPTAIN GEORGE EATON SGT. TERESA BECKER, CPO VERLENE ABERCROMBIE,

                Defendants.

No. C15-5124 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' Motion for Summary Judgment (Dkt. 19) is **GRANTED in part and DENIED in part;** the summary judgment motion is **DENIED** as to Plaintiff's due process and denial of access to religious services claims; the summary judgment motion is **GRANTED** as to Plaintiff's remaining claims and those claims are **dismissed with prejudice**.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and counsel for Defendants, and to **re-refer** this matter to the Hon. Karen L. Strombom.

**DATED** this 3rd day of May, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1